# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

YAISHA HODGES, :

    Plaintiff : CIVIL ACTION NO. 3:17-1973

v. : (MANNION, D.J.)
       (SAPORITO, M.J.)

CHILD YOUTH FAMILY SERVICE, :
LUZERNE, et al.,
         :
    Defendants

FILED
SCRANTON
APR 0 5 2018

## ORDER

In light of the memorandum issued in the above-captioned matter, **IT IS HEREBY ORDERED THAT**:

(1) the report and recommendation of Judge Saporito, **(Doc. 12)**, is **ADOPTED IN ITS ENTIRETY**;

(2) the case is **DISMISSED WITHOUT PREJUDICE** on the basis of plaintiff's failure to comply with the Court's Orders and failure to prosecute her action; and

(3) the clerk of court is directed to **CLOSE** this case.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
United States District Judge

**Date: April 5, 2018**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2017 MEMORANDA\17-1973-01-ORDER.wpd